IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON PAYNE,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOSEPH R. BIDEN, et al,<br><br>    *Defendants.* | Case No.: 1:21-cv-03077-JEB |

**PLAINTIFF JASON PAYNE'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and LCvR 7(h)(1), the plaintiff Jason Payne, by and through his counsel AMERICA FIRST LEGAL FOUNDATION, requests summary judgment against the defendants. In this case, there is no genuine dispute as to any material fact, and, as set forth in Mr. Payne's supporting affidavit and Memorandum of Points and Authorities, he is entitled to judgment as a matter of law.

Respectfully submitted,

*/s/ Reed D. Rubinstein*
Reed D. Rubinstein, D.C. Bar No. 400153
AMERICA FIRST LEGAL FOUNDATION
600 14th Street, N.W., Fifth Floor
Washington, DC 20005
Telephone: (202) 964-3721
reed.rubinstein@aflegal.org

1

Of Counsel:

Gene P. Hamilton*
Andrew J. Block*
AMERICA FIRST LEGAL FOUNDATION
600 14th Street, N.W., Fifth Floor
Washington, DC 20005
*Not admitted in the District of Columbia

R. Shawn Gunnarson**
Kirton McConkie
36 S. State Street, Ste. 1900
Salt Lake City, UT 84111
**Not admitted in the United States District Court
for the District of Columbia