IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON PAYNE,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR. et al,<br><br>    *Defendants.* | Case No.: 1:21-cv-03077-JEB |

**PLAINTIFF'S LCvR 7(h)(1) STATEMENT OF MATERIAL FACTS**

Pursuant to LCvR 7(h)(1), the plaintiff Jason Payne submits this Statement of Material Facts as to which he contends there is no genuine issue.

1.    The defendant President Joseph R. Biden, Jr. issued Executive Order 13,991, 86 Fed. Reg. 7045 (Jan. 25, 2021).

2.    Executive Order 13,991 created the defendant Safer Federal Workforce Task Force ("Task Force").

3.    The defendant President Joseph R. Biden Jr. issued Executive Order 14,043, 86 Fed. Reg. 50,989 (Sept. 14, 2021).

4.    Section 2 of Executive Order 14,043 states: "Each agency shall implement, to the extent consistent with applicable law, a program to require COVID–19 vaccination for all of its Federal employees, with exceptions only as required by law. The Task Force shall issue guidance within 7 days of the date of this

1

order on agency implementation of this requirement for all agencies covered by this order."

5.     The defendant Task Force issued this guidance on September 13, 2021, and it is published at [Agency Model Safety Principles - September 13, 2021 (saferfederalworkforce.gov)](https://www.saferfederalworkforce.gov/downloads/updates%20to%20model%20safety%20principles%209.13.21.pdf),

https://www.saferfederalworkforce.gov/downloads/updates%20to%20model%20safety%20principles%209.13.21.pdf.

6.     The defendant United States Office of Personnel Management issued hiring guidance on October 1, 2021, and it is published at [Guidance on Applying Coronavirus Disease 2019 Vaccination Requirements to New Hires – Executive Order 14043 (opm.gov)](https://www.opm.gov/policy-data-oversight/covid-19/director-memo-on-hiring-guidance-vaccine-requirements.pdf) https://www.opm.gov/policy-data-oversight/covid-19/director-memo-on-hiring-guidance-vaccine-requirements.pdf.

7.     The defendant United States Office of Personnel Management issued enforcement guidance on or about October 1, 2021, and it is published at [Guidance on Enforcement of Coronavirus Disease 2019 Vaccination Requirement for Federal Employees – Executive Order 14043 (opm.gov)](https://www.opm.gov/policy-data-oversight/covid-19/enforcement-guidance-faqs.pdf), https://www.opm.gov/policy-data-oversight/covid-19/enforcement-guidance-faqs.pdf.

8. The defendant United States Department of Defense issued a memorandum mandating vaccination on October 1, 2021, and it is published at [Mandatory Coronavirus Disease 2019 Vaccination of DoD Civilian Employees (defense.gov)](https://media.defense.gov/2021/Oct/04/2002867430/-1/-1/0/MANDATORY-CORONAVIRUS-DISEASE-2019-VACCINATION-OF-DOD-CIVILIAN-EMPLOYEES-OSD008990-21-RESP-FINAL.PDF), https://media.defense.gov/2021/Oct/04/2002867430/-1/-1/0/MANDATORY-CORONAVIRUS-DISEASE-2019-VACCINATION-OF-DOD-CIVILIAN-EMPLOYEES-OSD008990-21-RESP-FINAL.PDF.

9. The defendant United States Department of Defense issued a vaccine mandate guidance on October 18, 2021, and it is published at [Force Health Protection Guidance (Supplement 23) Revision 1, Department of Defense Guidance for Coronavirus Disease 2019 Vaccination Attestation, Screening Testing, and Vaccination Verification](https://media.defense.gov/2021/Oct/18/2002875550/-1/-1/1/FORCE-HEALTH-PROTECTION-GUIDANCE-SUPPLEMENT%2023-REVISION-1-DEPARTMENT-OF-DEFENSE-GUIDANCE-FOR-CORONAVIRUS-DISEASE-2019-VACCINATION-ATTESTATION-SCREENING-TESTING-AND-VACCINATION-VERIFICATION.PDF), https://media.defense.gov/2021/Oct/18/2002875550/-1/-1/1/FORCE-HEALTH-PROTECTION-GUIDANCE-SUPPLEMENT%2023-REVISION-1-DEPARTMENT-OF-DEFENSE-GUIDANCE-FOR-CORONAVIRUS-DISEASE-2019-VACCINATION-ATTESTATION-SCREENING-TESTING-AND-VACCINATION-VERIFICATION.PDF.

10. The defendant United States Department of Defense issued a revised vaccine mandate guidance on October 29, 2021, and it is published at [Force Health Protection Guidance (supplement 23) Revision 2 Updated (defense.gov)](https://media.defense.gov/2021/Nov/15/2002892852/-1/-1/0/FHP-GUIDANCE-(SUPPLEMENT-23)-REV-2-DOD-GUIDANCE-FOR-COVID-19-VACCINATION-ATTESTATION-SCREENING-TESTING-AND-VACCINATION-VERIFICATION-CORRECTED-COPY.PDF), https://media.defense.gov/2021/Nov/15/2002892852/-1/-1/0/FHP-GUIDANCE-(SUPPLEMENT-23)-REV-2-DOD-GUIDANCE-FOR-COVID-19-VACCINATION-ATTESTATION-SCREENING-TESTING-AND-VACCINATION-VERIFICATION-CORRECTED-COPY.PDF.

11. The defendant United States Department of the Navy issued a vaccine mandate memorandum on November 5, 2021. An accurate and true copy of this memorandum is attached as ECF No. 1-9.

12. The plaintiff Jason Payne is a full-time federal civilian employee and have been since 2001. His title is Department Head, grade GS-15 equivalent, in the Office of Naval Research Global, within the Department of the Navy, within the Department of Defense. Prior to the Navy's vaccine requirement guidance, his expectation was that he would continue working in this Office. Affidavit of Jason Payne (Payne Aff.) at ¶ 4.

13. Mr. Payne was infected with COVID-19 in September 2020 and has fully recovered. Payne Aff. at ¶ 5.

14. Mr. Payne is subject to Executive Order 14,043 and to the Department of Defense and Department of the Navy memoranda referenced above in paragraphs 8-11.

15. Under Executive Order 14,043, the Task Force guidance referenced above in paragraph 5, the Office of Personnel Management guidance for hiring and enforcement referenced above in paragraphs 6 and 7, and the Department of Defense and the Department of the Navy memoranda referenced above in paragraphs 8-11, Mr. Payne must be vaccinated for it is an explicit condition of his employment.

16. If Mr. Payne refuses to be vaccinated, then he will be progressively disciplined, ending with termination from the federal service.

17. Mr. Payne has informed his supervisors he does not intend to submit to vaccination any presently foreseeable time. He has chosen to decline the medication because he believes he has already acquired infection-induced immunity, which he believes will protect himself and others, and because he believes the vaccine has been linked to serious, though rare, adverse side effects including myocarditis and pericarditis, Thrombosis with thrombocytopenia syndrome (TTS), and Guillain-Barré Syndrome (GBS). Additionally, he believes research indicates that vaccination presents a heightened risk of side effects in those who have already recovered from COVID-19. Payne Aff. at ¶¶ 10-12.

18. Mr. Payne has suffered adverse workplace consequences and injury because he has refused vaccination. *Id.* at ¶¶ 13-16.

19. At no point in his twenty years of federal service was it ever suggested to Mr. Payne that the Government could force federal civilian employees, except for those deemed "emergency essential" for combat operations, to be vaccinated as a condition of federal employment, or that the Government could impose such a mandate simply by issuing a guidance memorandum. *Id.* at ¶ 16.

20. Mr. Payne believes forced vaccination violates his privacy and his right to bodily integrity and is unconstitutional. *Id.* at ¶17.

21. The document "NIH Research Matters, *Lasting immunity found after recovery from COVID-19* (Jan. 26, 2021)" that is published at https://www.nih.gov/news-events/nih-research-matters/lasting-immunity-found-after-recovery-covid-19 states "The results provide hope that people receiving SARS-CoV-2 vaccines will develop similar lasting immune memories after vaccination".

22. The document "Mahesh B. Shenai, et al, *Equivalency of Protection from Natural Immunity in COVID-19 Recovered Versus Fully Vaccinated Persons: A Systematic Review and Pooled Analysis,* medRxiv, 2, 18 (2021)" that is published at https://www.medrxiv.org/content/10.1101/2021.09.12.21263461v1.full.pdf+html states "natural immunity in COVID-recovered individuals is, at least, equivalent to the protection afforded by full vaccination of COVID-naïve populations", "vaccination of COVID-recovered individuals should be subject to clinical equipoise and individual preference", and "National policy should reflect the need for clinical equipoise and restraint in the decision to vaccinate [COVID-recovered] individuals by mandate."

23. The document cited in paragraph 22, above, is cited by the Centers for Disease Control and Prevention in the document "Centers for Disease Control and Prevention, *Science Brief: SARS-CoV-2 Infection-induced and Vaccine-induced Immunity* at fn.79 (Oct. 29, 2021)" that is published at https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/vaccine-induced-immunity.html#print.

[**Signature Page Follows**]

                Respectfully submitted,

                */s/ Reed D. Rubinstein*
                Reed D. Rubinstein, D.C. Bar No. 400153
                America First Legal Foundation
                600 14th Street, N.W., Fifth Floor
                Washington, DC 20005
                Telephone: (202) 964-3721
                reed.rubinstein@aflegal.org

Of Counsel:

Gene P. Hamilton*
Andrew J. Block*
America First Legal Foundation
600 14th Street, N.W., Fifth Floor
Washington, DC 20005
*Not admitted in the District of Columbia

R. Shawn Gunnarson**
Kirton McConkie
36 S. State Street, Ste. 1900
Salt Lake City, UT 84111
**Not admitted in the United States District Court
for the District of Columbia

7