IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON PAYNE,<br><br>*Plaintiff,*<br><br>v.<br><br>JOSEPH R. BIDEN, et al,<br><br>*Defendants.* | Case No.: 1:21-cv-03077-JEB |

### AFFIDAVIT OF JASON PAYNE

Being duly sworn, Jason Payne affirms and avers as follows.

1. My name is Jason Payne. I am over the age of 21, I understand the meaning of an oath, and I have personal knowledge of the facts stated in this declaration.

2. I am a resident of the Commonwealth of Virginia.

3. I hold a Bachelor of Science degree in physics with a minor in mathematics from Longwood College, and a Master of Engineering degree from the University of Virginia.

4. I am a full-time federal civilian employee and have been since 2001. My title is Department Head, grade GS-15 equivalent, in the Office of Naval Research Global, within the Department of the Navy, within the Department of Defense. Prior to the Navy's vaccine requirement guidance, my expectation was that I would continue working in this Office.

5. In September of 2020, I contracted COVID-19. I had minor illness for approximately two weeks and recovered completely.

6. As a federal civilian employee, I am subject to Executive Order No. 14043, *Requiring Coronavirus Disease 2019 Vaccination for Federal Employees*, 86 Fed. Reg. 50989 (Sep. 14, 2021).

7. In my current position, I am also subject to memoranda and guidance issued by the Department of Defense. My understanding is that to be compliant, and to be considered "fully vaccinated," I must have received the second dose of the Pfizer or Moderna vaccines, or the single dose of the Johnson & Johnson vaccine, by November 8, 2021.

8. In my current position, I am also subject to a November 5, 2021, memorandum issued by the Assistant Secretary of the Navy. My understanding is this memorandum mandates all civilian employees to be "fully vaccinated" by November 22, 2021. My understanding is also that employee discipline for workers who are not "fully vaccinated" begins on November 22, 2021, unless the employee has received an exemption, or the agency is considering an exemption request. And my understanding is also that exemptions are limited to "a medical condition or circumstance, or a sincerely held religious belief, practice, or observance."

9. My understanding is that natural or infection-induced immunity, as I have, is not the sort of "medical condition or circumstance" for which an

exemption is allowed, and it has already been decided that no applications for exemption on that basis will be considered or granted.

10. I have closely followed the evolving immunological developments surrounding COVID-19, finding that the available research cited by the Centers for Disease Control and Prevention shows infection-induced immunity is as good, and likely better, than inoculation at reducing the probability of infection, reducing transmission, and protecting against serious symptoms and death.

11. I believe the vaccine to be effective, broadly speaking, at preventing serious illness and death, but unnecessary for individuals who are already immune due to infection-induced immunity. And it is known that the vaccine does not prevent individuals from spreading COVID-19.

12. I have informed my supervisors that I do not intend to submit to the vaccine mandate at any presently foreseeable time. I have chosen to decline this medication because I have already acquired infection-induced immunity to protect myself and others, and because the vaccine has been linked to serious, though rare, adverse side effects including myocarditis and pericarditis, Thrombosis with thrombocytopenia syndrome (TTS), and Guillain-Barré Syndrome (GBS). Additionally, research indicates that vaccination presents a heightened risk of side effects in those who have already recovered from COVID-19. I have not sought, nor do I currently intend to seek, a religious or medical exception or accommodation to the vaccine mandate.

13. I have suffered adverse consequences at my workplace for refusing the vaccination mandate. Contrary to the scientific evidence, *all* non-vaccinated individuals are being stigmatized in public statements and in Departmental directives and guidance as presenting a uniquely significant risk to themselves and others in the workplace, even if they have infection-induced immunity and even if they are on 100% telework. This has caused me significant reputational harm. Although there is absolutely no evidence that I pose a risk to anyone, I am nevertheless treated differently from similarly situated colleagues who acquired antibodies from a vaccine, rather than infection-induced immunity.

14. Despite my infection-induced immunity, I have been subjected to burdensome masking requirements where vaccinated employees have not. Additionally, I will be subjected to intrusive testing requirements and extra scrutiny for work related travel from which my vaccinated colleagues will be immune. I have also been forced to sign an acknowledgement that, "[My] failure to be fully vaccinated against COVID-19 by 22 November 2021, or to provide proof of vaccination, negatively affects the agency's ability to carry out its mission." In my case, this is false.

15. I have been informed through my chain of command that, without proof of vaccination, I would lose unrestricted access to my workplace effective November 22, 2021, and that, under the Executive Order and the memoranda

referenced above, I should expect progressive discipline, including counseling, suspension without pay, and termination.

16.   The likelihood of discipline and termination, ending my more than two-decade career as a dedicated civil servant, for refusing the vaccine mandate—when I have infection-induced immunity, that Government-cited research shows to be at least as good as (and likely better than) vaccination—is causing me significant mental distress. At no point in my career was there ever a suggestion that the Government could force federal civilian employees, except for those deemed "emergency essential" for combat operations, to be vaccinated as a condition of federal employment. I never had any expectation that it could do so simply by a memorandum or "guidance."

17.   I have a constitutional right to privacy and to refuse unwanted and unnecessary medication. I believe the vaccine mandate violates my rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

23 Nov 2021
Date

_Jason Payne_
Jason Payne