IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON PAYNE,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOSEPH R. BIDEN, et al,<br><br>    *Defendants.* | Case No.: 1:21-cv-03077-JEB |

**[PROPOSED] ORDER GRANTING PLAINTIFF JASON PAYNE'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the parties' arguments, it is this ___ day of _____, 20__, ORDERED that Plaintiff Jason Payne's Motion for Summary Judgment is hereby GRANTED.

It is further ORDERED that Executive Orders 13,991 and 14,043 are hereby declared ultra vires and without legal force or effect.

It is further ORDERED that the defendant Safer Federal Workforce Task Force's vaccine mandate guidance of September 13, 2021; the defendant United States Office of Personnel Management's Executive Order 14,043 hiring and enforcement guidance of October 1, 2021; the United States Department of Defense's memoranda of October 1, 18, and 29, 2021 implementing Executive Order 14,043 and the Task Force vaccine mandate guidance; and the United States Department of the Navy vaccine mandate memorandum of November 5, 2021, implementing Executive Order 14,043 and the Task Force vaccine mandate guidance, are hereby declared

*ultra vires* and without legal force or effect, and are accordingly PERMANENTLY ENJOINED.

It is further ORDERED that the Department of Defense vaccine mandate memoranda of October 1, 18, and 29, 2021, and the Department of the Navy vaccine mandate memorandum of November 5, 2021, are hereby declared to violate the Plaintiff's fundamental privacy rights and liberty interests, including his right to bodily integrity, protected by the U.S. Const., Amend. V, and are accordingly PERMANENTLY ENJOINED.

_____<br>United States District Judge