**CERTIFICATE OF SERVICE**

  I certify that on November 24, 2021, I served the Plaintiff Jason Payne's Motion for Summary Judgment, a Proposed Order, the Plaintiff Jason Payne's Local Rule 7(h)(1) Statement of Material Facts, the Affidavit of Jason Payne dated November 23, 2021, and the Memorandum of Points and Authorities Supporting Plaintiff Jason Payne's Motion for Summary Judgment by ECF filing and, pending an appearance by the defendants' counsel, by certified mail, return receipt requested, to:

Merrick B. Garland
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Matthew M. Graves
U.S. Attorney for the District of Columbia
Attn: Civil Process Clerk
555 Fourth Street, NW
Washington, DC 20530

            /s/ *Reed D. Rubinstein*
            Reed D. Rubinstein
            AMERICA FIRST LEGAL FOUNDATION
            *Counsel for the Plaintiff*