UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON PAYNE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 21-3077 (JEB) |
| JOSEPH R. BIDEN, Jr., President of the United States, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and the Court's Minute Order of January 28, 2022, on behalf of Defendants Joseph R. Biden, Jr., President of the United States, and others, the undersigned counsel respectfully moves for dismissal of all claims in the Complaint filed by Plaintiff Jason Payne on November 22, 2021.  ECF No. 1.  In support of this motion, Defendants refer the Court to the accompanying Memorandum of Law and Proposed Order.

Dated:  February 25, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

　　/s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov
*Counsel for Defendants*