UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON PAYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-3077 (JEB) |
| ) | |
| JOSEPH R. BIDEN, Jr., ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss, Plaintiff's opposition thereto, and the entire record herein, IT IS ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED that all claims in the Complaint, ECF No. 1, are DISMISSED.

Upon consideration of Plaintiff's Motion for Summary Judgment, ECF No. 4, Defendants' opposition thereto, and the entire record herein, IT IS ORDERED that the motion is DENIED.

SO ORDERED this _____ day of _____, 2022.

_____
HON. JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE