UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON PAYNE,

    Plaintiff,

        v.

JOSEPH R. BIDEN, JR., *et al.*,

    Defendants.

Civil Action No. 21-3077 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' Motion to Dismiss is GRANTED;

2. Plaintiff's Motion for Summary Judgment is DENIED AS MOOT; and

3. The case is DISMISSED WITHOUT PREJUDICE.

                              /s/ *James E. Boasberg*
                              JAMES E. BOASBERG
                              United States District Judge

Date: May 12, 2022