# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

JASON PAYNE,

     Plaintiff,

                                                    Civil Action No. 21-3077 (JEB)

v.

JOSEPH R. BIDEN, Jr., *et al*

     Defendants.

_____/

## NOTICE OF APPEAL

     Please take notice that the plaintiff Jason Payne hereby appeals, to the United States Court of Appeals for the District of Columbia, this Court's Order and Opinion of May 12, 2022. *See* ECF. Nos. 25 and 26.

Dated: May 26, 2022                       Respectfully submitted,

                                              /s/ *Reed D. Rubinstein*
                                              REED D. RUBINSTEIN
                                              D.C. Bar No. 400153
                                              America First Legal Foundation
                                              300 Independence Ave. S.E.
                                              Washington, DC 20003
                                              (202) 964-3721
                                              reed.rubinstein@aflegal.org
                                              *Counsel for Plaintiff*

## Certificate of Service

I certify that I have served this Notice of Appeal on all counsel of record through the court's ECF system this 26th day of May, 2022.

/s/ *Reed D. Rubinstein*
Counsel for the Plaintiff