UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON PAYNE,<br><br>       Plaintiff,<br><br>    v.<br><br>JOSEPH R. BIDEN, Jr., President of the United States, et al.,<br><br>       Defendants. | Civ. A. No. 21-3077 (JEB) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Daniel P. Schaefer as counsel of record for Defendants in the above-captioned case and remove the appearance of Assistant United States Attorney Paul Cirino.

Dated: August 19, 2022

Respectfully submitted,

 /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER, D.C. Bar #996871
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendants*